## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION


**NINA M. SIMS**                                                      **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 2:11CV225-B-A**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**


## REPORT AND RECOMMENDATION

        This case involves an application for judicial review of the decision of the Commissioner of

Social Security denying plaintiff's application for Supplemental Security Income disability

benefits.  On September 17, 2012 the court approved and adopted a report and recommendation by

the undersigned and remanded this action to the Administration Law Judge for further evaluation.

The plaintiff has now petitioned for an award of attorney fees of $3,247.20 under the Equal Access

to Justice Act, 28 U.S.C. Section 2412(d), and an award of $24.00 in costs payable out of the

Judgment Fund.  Defendant does not object to the amount of fees requested.  The undersigned has

reviewed the motion and the record and concludes that the motion is well taken.   Accordingly, the

undersigned recommends that defendant pay the plaintiff  $3,247.20 in attorney's fees pursuant to

the Equal Access to Justice Act and plaintiff be reimbursed $24.00 for costs from the Judgment

Fund.

        The parties are referred to 28 U.S.C. §636(b)(1)(B) and FED. R. CIV. P. 72(b) for the

appropriate procedure in the event any party desires to file objections to these findings and

recommendations.  Objections are required to be in writing and must be filed within fourteen (14)

days of this date and "a party's failure to file written objections to the proposed findings,

conclusions, and recommendation in a magistrate judge's report and recommendation within [14]

days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court . . . ." *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (*en banc*) (citations omitted).

Respectfully submitted, this the 3rd day of December, 2012.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE